**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT PAOLUCCI,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 21-CV-2541** |
| | : | |
| **THE UNITED STATES OF AMERICA,** | : | |
| *et al.,* | : | |
| **Defendants.** | : | |

## ORDER

This 13th day of December, 2021, upon consideration of the pending Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.   The petition to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is **GRANTED.**

2.   The Complaint is **DEEMED** filed.

3.   The Complaint is **DISMISSED WITH PREJUDICE** in its entirety pursuant to 28 U.S.C. § 1915(e)(2)B)(i) for the reasons stated in the Court's Memorandum.

4.   The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Gerald Austin McHugh**

**GERALD A. MCHUGH, J.**